An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KAMARIO MANTRELL SMITH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 67719

**FILED**

MAY 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to dismiss a count of possession of a firearm by a felon. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first

IS-15187

instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Kamario Mantrell Smith
        Attorney General/Carson City
        Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.